### ·EX PARTE SPEARMAN.

(Decided June 11, 1912.)

Original petition in Supreme Court.

L. D. GRAY, for petitioner.  J. J. RAY, and ALLEN & BELL, for appellee.

Per curiam.  Certiorari to Court of Appeals to review the judgment in the case of *Spearman v. McCrary,* 4 Ala. App. 473; 58 South. 929.  Petition denied.

---

### EX PARTE TICE.

(Decided April 22, 1912.)

Original petition in Supreme Court.

A. F. FITE, and E. B. & K. V. FITE, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Petition for certiorari to Court of Appeals to review its judgment in the case of *Tice v. State,* 3 Ala. App. 164; 57 South. 506.  Petition denied.

---

### INSURANCE COMPANY OF NORTH AMERICA V. ·MALONE & SON.

(Decided April 2, 1912.)

APPEAL from Houston Circuit Court.  ·

Heard before Hon. H. A. PEARCE.

STEINER, CRUM & WEIL, and B. F. REID, for appellant.  ESPEY & FARMER, for appellee.

Per curiam.  Appeal dismissed by agreement.

---

### McLAUGHLIN V. BEYERS.

(Decided April 2, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

STERLING A. WOOD, for appellant.  FRANK S. WHITE & SONS, and W. J. WHITTAKER, for appellee.

Per curiam. Appeal dismissed on motion of appellant.